UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE SAIEG,

    Plaintiff,

vs.

CITY OF DEARBORN and RONALD
HADDAD, CHIEF OF POLICE

    Defendants.
_____/

Civil Action No.
09-CV-12321

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER REGARDING UPCOMING HEARING

The Court is scheduled to hear oral argument on the parties' cross motions for summary judgment on May 21, 2010. Prior to the upcoming hearing, Defendants shall designate, for the parties' and the Court's consideration, where Plaintiff's booth/table would be located at this year's Dearborn Arab International Festival.

SO ORDERED.

    S/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: May 10, 2010

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 10, 2010.

                                                S/Denise Goodine
                                                Case Manager