UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE SAIEG,

            Plaintiff,            Civil Action No.
                                      09-CV-12321

vs.

                                      PAUL D. BORMAN
CITY OF DEARBORN and CHIEF OF       UNITED STATES DISTRICT JUDGE
POLICE RONALD HADDAD,

            Defendants.
_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
(2) GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (Dkt. No. 76), AND
(3) DENYING AS MOOT PLAINTIFF'S MOTION TO REVIEW AMENDED TAXED BILL OF COSTS (Dkt. No. 81)**

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation Re: Attorney Fees (Dkt. No. 90), and Report and Recommendation Re: Taxable Costs (Dkt. No. 91). Both documents were filed on January 27, 2012. The Magistrate Judge has recommended granting Plaintiff's Motion for Attorney Fees and awarding $103,401.96 in cost and attorney fees, as well as $1 in nominal damages.[1] The Magistrate Judge has further recommended denying Plaintiff's Motion to Review Amended Taxed Bill of Costs as moot.

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** both

---

[1] The Court notes that on February 27, 2012, the Defendants filed a Satisfaction of Judgment stating that judgment in the amount of $103,401.96 in costs and attorneys' fees, as well as $1 in nominal damages, was satisfied. (Dkt. No. 94.)

1

of the Magistrate Judge's Report and Recommendations, **GRANTS** Plaintiff's Motion for Attorneys' Fees, Costs, Expenses and Nominal Damages, and **DENIES AS MOOT** Plaintiff's Motion to Review Amended Taxed Bill of Costs.

**SO ORDERED.**

Dated: 3-9-12
Detroit, Michigan

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE